IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAUG N. WALKER,
      Plaintiff,

vs.                            Case No.:  3:15cv179/LAC/EMT

WARDEN R. COMERFORD et al.,
      Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 18, 2016 (ECF No. 84).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The motion is **GRANTED** as to Plaintiff's state tort claims against all

Defendants; and

3.      The motion is **DENIED** in all other respects.

**DONE AND ORDERED** this 5th day of June, 2016.


    s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**