IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAUG N. WALKER,
    Plaintiff,

vs.                               Case No.: 3:15cv179/LAC/EMT

OFFICER LARRY WILLIAMSON, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 3, 2017 (ECF No. 130. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's unopposed motion to voluntarily dismiss Defendants Comerford and Mason is **GRANTED**, and Defendants Comerford and Mason are

**DISMISSED** from this lawsuit.

3. Defendants' motion for summary judgment (ECF No. 120) is **GRANTED** as to Defendant Williamson.

4. The clerk of court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 20th day of October, 2017.

                             s/*L.A. Collier*
                             **LACEY A. COLLIER**
                             **SENIOR UNITED STATES DISTRICT JUDGE**